**FILED**

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0186

| | |
|---|---|
| DANIEL COYLE,<br><br>Plaintiff/Appellee<br>v.<br><br>DHANLAXMI, LLC, d/b/a BUDGET INN OF DEER LODGE; ROHIT PATEL; PRAKASH GANDHI, and JOHN DOES 1-5,<br><br><br>Defendants/Appellants,<br><br>POOJA HOSPITALITY, LLC; LAXMI GROUP, LLC<br><br>Intervenors. | **ORDER RE APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

HAVING REVIEWED Intervenors/Appellants, Pooja Hospitality, LLC and Laxmi Group, LLC, motion for extension of time and good cause appearing, pursuant to Mont. R. App. P. 26(1)

IT IS HEREBY ORDERED THAT Intervenors/Appellants, Pooja Hospitality, LLC and Laxmi Group, LLC are granted an extension of time to August 17, 2023, to file their Reply Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2023